IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BUTTE DIVISION



| | |
|---|---|
| UNITED STATES OF AMERICA, Plaintiff, vs. RANDY MARTIN LEIBENGUTH, Defendant. | CR 12–06–BU–DLC–01 ORDER |

Before the Court is Defendant Randy Martin Leibenguth's ("Leibenguth") unopposed motion for early termination of supervised release. Leibenguth's five-year term of supervision expires on February 14, 2018. He represents—in what the Court acknowledges is a very well-written, cogent pro se motion—that he has had no issues whatsoever while on supervision, has completed all obligations associated with his sentence, has maintained steady and successful employment over his term of supervision, and has "been more than amply reformed by [his] sentencing and punishment." (Doc. 157-1 at 1.) Both Leibenguth's United States Probation Officer and the Government concur that termination of supervision is appropriate in this instance.

Federal law provides that a "court may, after considering the factors set

forth in [18 U.S.C. § 3553(a),] terminate a term of supervised release and discharge the defendant released at any time after the expiration of one year of supervised release . . . if it is satisfied that such action is warranted by the conduct of the defendant released and the interest of justice." 18 U.S.C. § 3583(e)(1).

Here, the Court finds that Leibenguth's conduct during her term of supervision and the interest of justice warrant granting the motion. Leibenguth has, by all accounts, been a model supervisee. He has fully complied with his conditions of supervision, has started working toward becoming an electrical journeyman, and, while recognizing the gravity of his criminal offense, has come to the point where his federal conviction is best left in the past. It is the Court's view that resources are better spent elsewhere than in support of supervising a fully compliant, non-violent defendant. Moreover, justice is best served by ensuring Leibenguth's success going forward.

Accordingly, IT IS ORDERED that Leibenguth's motion for early termination of supervised release (Doc. 157) is GRANTED. The term of supervised release imposed by the Court on November 9, 2012, is TERMINATED as of the date of this order. Leibenguth's sentence in this matter is hereby DISCHARGED.

DATED this 20th day of December, 2016.

/s/ Dana L. Christensen
Dana L. Christensen, Chief Judge
United States District Court